**James Dale ALLEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51933.**

Missouri Court of Appeals,
Western District.

June 18, 1996.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

**ORDER**

PER CURIAM.

James Dale Allen appeals from the denial of his Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).

■

**Vanzee FERGUSON, Appellant,**

v.

**Oscar S. EIDSON, et al., Respondent.**

**No. WD 50746.**

Missouri Court of Appeals,
Western District.

June 18, 1996.

Ann E. Robards, Karen K. Howard, Kansas City, for appellant.

George R. Lilleston, Clinton, for respondent.

Before HANNA, P.J., and SMART and ELLIS, JJ.

***ORDER***

PER CURIAM:

Vanzee Ferguson appeals the decision of the Johnson County Circuit Court directing a verdict against her at the close of plaintiff's evidence in this court-tried case seeking cancellation of a deed and other relief. Perceiving no jurisprudential value in a published opinion, we enter this summary order. However, the parties have been provided a memorandum opinion explaining our decision.

Judgment affirmed. Rule 84.16(b).